IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-03128-PAB-KLM

JOHN D. HINDORFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the Joint Motion for a Settlement Conference [Docket No. 20]. The parties do not indicate what settlement efforts have taken place to date or why such efforts have been unsuccessful, especially given that the issues appear to have been narrowed. As a result, while the Court appreciates the parties' willingness to try to resolve this case, the Court does not feel it is appropriate for the assigned magistrate judge to conduct a settlement conference. Wherefore, it is

    **ORDERED** that the Joint Motion for a Settlement Conference [Docket No. 20] is denied.

    DATED August 26, 2014.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge