IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03128-PAB-KLM

JOHN D. HINDORFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate Pretrial Conference** [#34] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.  The Final Pretrial Conference set for March 4, 2015 at 10:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers **on or before March 9, 2015**.

    Dated:  February 26, 2015